# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK,<br><br>                Plaintiff,<br><br>vs.<br><br>MISSION POINTE HOMEOWNERS ASSOCIATION,<br><br>                Defendant. | Case No. 2:15-cv-00123-JCM-CWH<br><br>**ORDER** |

On March 16, 2017, the court entered an order requiring the parties to meet and confer and file a revised joint interim status report by April 6, 2017. (Min. Order (ECF No. 26).) The parties have not complied with the court's order.

IT IS THEREFORE ORDERED that by May 2, 2017, the parties must meet and confer and file a revised interim status report. Failure to comply with this order will result in the issuance of an order to show cause.

DATED: April 18, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**